**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:      KarowskyLaw@sbcglobal.net

Attorney for Defendant
Truong Quach

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: 2:98-cr-376-GEB  & |
| Plaintiff, | )              2:02-cr-437-GEB |
| | ) |
| vs. | ) **[PROPOSED] ORDER** |
| | ) |
| Truong Quach, , | ) **Judge:  Garland E. Burrell, Jr.** |
| Defendant | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## ORDER

    **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the sentence in case number 2:98-cr-376-GEB is hereby vacated, the defendant having already completed serving his time on that sentence on the date sentence was re-imposed on August 13, 2004.

    In case number 2:02-cr-437-GEB, the Judgment and Commitment is hereby amended to reflect the sentence to be 14 months, 23 days, to be imposed effective on the date it was

- 1 -

1  originally pronounced, August 13, 2004, which reflects a reduced sentence pursuant to the

2  Court's recognition of jail credit due the defendant pursuant to  U.S.S.G. § 5G1.3(c).

3      **IT IS ORDERED**

4  DATED:  January 19, 2006

5                                            /s/ Garland E. Burrell, Jr.

6                                    **GARLAND E. BURRELL, JR.**

7                                      United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25